IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DANNY DEAN ALLEN,

      Petitioner,

v.

      Case No. 5D22-1007
      LT Case No. 2014-CF-001245

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 24, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Danny Dean Allen, East Palatka,
pro se.

Ashley Moody, Attorney General
Tallahassee, and, Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

January 20, 2022 order denying the motion for postconviction relief filed in Case 2014-CF-001245, Putnam County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, SASSO and WOZNIAK, JJ., concur.